USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _12-11-19_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

PETER LEE DUNBAR,

                     Petitioner,

        -against-

KIRSTJEN M. NIELSEN, ET AL.,

                     Respondents.

------------------------------------------------------------- x

1:19-cv-01151 (ALC)

**ORDER**

**ANDREW L. CARTER, JR.**, United States District Judge:

The Court is in receipt of Respondents' motion to dismiss or to transfer the case to the District of New Jersey. ECF No. 11. The Parties are hereby **ORDERED** to adhere to the following briefing schedule:

    **Opposition to Motion:**                             January 14, 2020

    **Reply to Opposition:**                                January 21, 2020

**SO ORDERED.**

Dated:   December 10, 2019
            New York, New York

                                                              **ANDREW L. CARTER, JR.**
                                                               United States District Judge

**COPIES MAILED**